UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MANCYGA COMMERCIAL, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00863-DAD-EPG<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 9) |

　　　Plaintiff filed the complaint commencing this action on May 28, 2021. (ECF No. 1). Thereafter, the parties stipulated, through counsel, to an extension of time for all Defendants to file their response to the complaint no later than July 30, 2021. (ECF Nos. 7, 8). After the Defendants failed to timely respond to the complaint, the Court issued an order on August 6, 2021, ordering Plaintiff to file no later than August 20, 2021, any clerk's entry of default under Federal Rule of Civil Procedure 55(a) or for the parties to file a motion for an extension of time for Defendants to respond to the complaint. (ECF No. 9).

　　　As of the date of this order, no party has filed anything. Therefore, the Court orders the parties to show cause why sanctions should not be issued for failure to comply with the Court's order.

　　　Accordingly, IT IS ORDERED that no later than **August 31, 2021**, the parties shall file a written response to this order to show cause, explaining why the parties have failed to comply

with this Court order. Should the parties fail to file anything, they are warned that the Court may issue findings and recommendations recommending dismissal of this action due to failure to prosecute and failure to comply with the court's orders.

IT IS SO ORDERED.

Dated:   **August 24, 2021**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE