1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 DARREN GILBERT,                              )  No.  1:21-cv-00863-DAD-EPG
                                                )
11           Plaintiff,                         )  **NOTICE OF SETTLEMENT OF ENTIRE**
                                                )  **ACTION**
12     vs.                                      )
                                                )
13 MANCYGA COMMERCIAL, LLC; B2T2               )
   VALLEY MART LLC dba VALLEY MART;            )
14 MV3, INC. dba LA PERLA TAPATIA              )
   MARKET;                                      )
15                                              )
           Defendants.                          )
16                                              )
                                                )
17 _____)

18

19     Notice is hereby given that Plaintiff Darren Gilbert ("Plaintiff") has settled the above-

20 captioned matter with all Defendants. Plaintiff requests that he be given to and including

21 September 22, 2021 to file the dispositional documents in order to afford the Parties time to

22 complete the settlement.

23

24 Dated: August 24, 2021                          MOORE LAW FIRM, P.C.

25
                                                   */s/ Tanya E. Moore*
26                                                 Tanya E. Moore
                                                   Attorney for Plaintiff,
27                                                 Darren Gilbert

28

NOTICE OF SETTLEMENT OF ENTIRE ACTION

Page 1