UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>MANCYGA COMMERCIAL, LLC, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00863-DAD-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER; REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS BY SEPTEMBER 22, 2021<br><br>(ECF Nos. 10, 11) |

On August 24, 2021, the Court issued an order to show cause, requiring the parties to file a written response, explaining why the parties have failed to comply with this Court's order for Plaintiff to file no later than August 20, 2021, any clerk's entry of default under Federal Rule of Civil Procedure 55(a) or for the parties to file a motion for an extension of time for Defendants to respond to the complaint. (ECF Nos. 9, 10). That same day, Plaintiff filed a notice of settlement of the case and requesting to have until September 22, 2021, to file the appropriate dispositional documents. (ECF No. 11).

In light of the settlement of this case, the Court will discharge the show cause order and grant Plaintiff until September 22, 2021, to file the appropriate dispositional documents.

Accordingly, IT IS ORDERED as follows:

1. The Court's August 24, 2021 order to show cause (ECF No. 10) is discharged;

2. No later than September 22, 2021, Plaintiff shall file the appropriate dispositional

1

documents to close this action;

3. In light of the parties' settlement, the initial scheduling conference, set for September 14, 2021, is vacated.

IT IS SO ORDERED.

Dated: **August 25, 2021**         /s/ *Erica P. Grosjean*
                                   UNITED STATES MAGISTRATE JUDGE